UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 0 4 2013
```

ROBERT AVILA, et al.,

            Plaintiffs,

v.

LEASE FINANCE GROUP, LLC, et al.,

            Defendants.

11 Civ. 8125 (KBF)
(Related to 10 Civ. 6052 (KBF))

**JUDGMENT**

    WHEREAS on December 21, 2012 Defendants Universal Card, Inc., formerly known as Universal Merchant Services, LLC, and Merchant Services, Inc.'s (collectively "Defendants") Offered Judgment in the amount of $6,000 (Six Thousand Dollars), pursuant to Fed. R. Civ. P. 68, and

    WHEREAS on January 2, 2013 Plaintiff Robert Avila d/b/a Constantine Creations ("Plaintiff") accepted Defendants' Offer of Judgment, it is,

    ORDERED, ADJUDGED AND DECREED, that Judgment is hereby entered in favor of Plaintiff as against Defendants in the amount of $6,000 (Six Thousand Dollars).

Dated: New York, New York
       February 19, 2013.

By: _____
     U.S.D.J.

3/4/13